191 So. 903

**Edward OWENS v. STATE.**

**8 Div. 19.**

Supreme Court of Alabama.

Oct. 26, 1939.

Rehearing Denied Nov. 23, 1939.

Wm. L. Chenault, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

PER CURIAM.

Petition of Edward Owens for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Owens v. State, Ala.App., 191 So. 899.

Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, and FOSTER, JJ., concur.

192 So. 267

**SMITH v. STATE.**

**1 Div. 58.**

Supreme Court of Alabama.

Nov. 23, 1939.

T. O. Howell, Jr., of Mobile, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Justice.

The appeal is from a judgment of conviction for robbery, with punishment fixed at imprisonment for a period of twenty-four years. The appeal is on the record and no bill of exceptions. The record is regular, and no error appearing the judgment is due to be affirmed. It is so ordered.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.